425 A.2d 848

Harrington et vir, Appellants, v. Parke Davis et al. v. Upjohn Co.

Harrington et vir, Appellants, v. Upjohn Co.

Argued April 10, 1979. Irving M. Portnoy, for appellants (at Nos. 1411 and 1412). Eric N. Anderson, for Parke Davis, appellee (at No. 1411). James R. Hartline, for Hughey, appellee (at No. 1411.) Richard H. Albert, for Upjohn Co., appellee (at Nos. 1411 and 1412).

Before PRICE, HESTER and MONTGOMERY, JJ.

Orders affirmed.